UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 26-597 (DSD/LIB)

Jose J.V.,

    Petitioner,

v.    **ORDER**

Pamela Bondi, Attorney
General; Kristi Noem,
Secretary, U.S. Department of
Homeland Security; Todd M.
Lyons, Acting Director of
Immigration and Customs
Enforcement; and David
Easterwood, Acting Director,
St. Paul Field Office
Immigration and Customs
Enforcement,

    Respondents.

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Jose J.V. by no later than January 26, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of

        Petitioner's detention in light of the issues raised in the habeas petition;

    b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

    c. Respondents' recommendation on whether an evidentiary hearing should be conducted;

    d. Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Sara G. v. Bondi*, 26-cv-335 (DSD/DJF), 2026 WL 163000 (D. Minn. Jan. 21, 2026); and

    e. Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release.

3. If Petitioner intends to file a reply to respondents' answer, he must do so by no later than January 28, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. Respondents are ENJOINED from moving petitioner outside of Minnesota until further order of the Court, so that petitioner may consult with counsel while the Court is considering the petition, and so that there is no risk that removal of petitioner from Minnesota will deprive this Court of jurisdiction over the petition. If

petitioner has already been removed from Minnesota, respondents are ORDERED to immediately return petitioner to Minnesota.

Dated: January 25, 2026         /s David S. Doty_____
                                David S. Doty, Judge
                                United States District Court